MAY 26, 1970

No. 1054, Misc. MINK *v.* MICHIGAN. Sup. Ct. Mich. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 28, 1970

No. 2263, Misc. ADDONIZIO *v.* BARLOW, U. S. DISTRICT JUDGE. D. C. N. J. Application for stay presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE BLACK and MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

JUNE 1, 1970*

No. 1409, Misc. HARRIS *v.* CITY OF HOUSTON ET AL. Appeal from Dist. Ct. of Harris County, Tex., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari denied.

---

*MR. JUSTICE MARSHALL took no part in the consideration or decision of the orders of this date.